**Paul White WILSON, Plaintiff—
Appellant,**

v.

**PNC BANK, N.A.; Ronald D.
Foxworth, Defendants—
Appellees.**

**No. 09–1000.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 1, 2009.

Paul White Wilson, Appellant Pro Se.
Paul S. Holscher, Cranfill, Sumner &
Hartzog, LLP, Raleigh, North Carolina;
Robert Cowan DeRosset, IV, Young,
Moore & Henderson, PA, Raleigh, North
Carolina, for Appellees.

Before TRAXLER, Chief Judge, and
GREGORY and SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Paul White Wilson seeks to appeal the
district court's order granting a stay of
discovery pending the parties' motions to
dismiss. This court may exercise jurisdiction only over final orders, 28 U.S.C.
§ 1291 (2006), and certain interlocutory
and collateral orders, 28 U.S.C. § 1292
(2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69
S.Ct. 1221, 93 L.Ed. 1528 (1949). The
order Wilson seeks to appeal is neither a
final order nor an appealable interlocutory
or collateral order. Accordingly, we deny
Wilson's motion to supplement the record
and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*DISMISSED.*